Page 1

Clerk of the Court
John Joseph Moakley U.S. Court House
1 Court house Way
Boston MA. 02110

05 10595 RWZ

Reference # 03-1333 U.S.A. (v) Nancy Cheal.

FILED IN CLERK'S OFFICE  Feb. 19, 2005
RECEIPT # ___
AMOUNT $ ___ NA
SUMMONS ISSUED ___ N/A
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___ M.P.
DATE ___

MAGISTRATE JUDGE MBB
U.S. DISTRICT COURT DISTRICT OF MASS

01CR 10076-RWZ 3/23/05

Clerk of the Court:

I am Requesting an Attorney be appointed for me that is well versed in Blakley - Booker. fan.fan.

The Appeal's Court denied my Appeal, but suggested on page 20 that I consider the Blakely to get some points Removed from my Sentence.
On page 8 and 9 - the Appeals Court said that I had 5 counts mail fraud and 2 counts wire fraud. The probation office prepared a PSR Recommending a total offense Level of 31 under the Sentencing guidelines.

My base Level was 6
+ plus 13 - because of total Cost involved
+ plus 2 - more than minimal planning
+ plus 2 - for mass marketing
+ plus 2 - for misrepresented
+ plus 4 - Levevel upward for Leadership Role
+ plus 2 - Willful obstruction
– minus 2 Level downward for Acceptance of Responsibility

Treating this also as a motion under 28 USC §2255, the request for counsel is allowed.
Rya W. Zobel
3/17/05

I Received 87 months - the Appeals Court said I only plead guilty to the mail fraud and wire fraud, and suggested I look into the Blakley.

Page 2    Reference # 03-1333

You had already appointed Attorney William Gilmore for my appeal. I wrote and ask him if he could be appointed for me again for the Blakley-Booker-Fan-Fan, and he said I had to write to you to have an attorney appointed.
  Please return your reply to:
   Thank you.
Nancy Cheal. 24488-038
F.C.C. Coleman Camp. Unit F3
P.O. Box 1027
Coleman, FL. 33521

01-cv-10076