LAW OFFICES

# FEINBERG & KAMHOLTZ

125 SUMMER STREET
BOSTON, MASSACHUSETTS 02110

MATTHEW H. FEINBERG*
MATTHEW A. KAMHOLTZ

OF COUNSEL
HON. DANIEL KLUBOCK (RET.)

*ALSO ADMITTED IN NEW YORK

617.526.0700
TELECOPIER 617.526.0701
www.feinberg-kamholtz.com

FILED
CLERK'S OFFICE

2007 MAY 23  P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 22, 2007

Jay Johnson, Docket Clerk to
Hon. Rya Zobel
Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02110

      Re: *Nancy Cheal v. United States*
         No. 05-CV-10595

Dear Mr. Johnson:

  I am writing to inquire regarding the current status of the above matter. The Petitioner's Memorandum was filed on November 2, 2005, and the government has not filed a response. My client would very much like this matter to be resolved.

  Thank you for your attention to this matter.

                  Very truly yours,

                  Matthew A. Kamholtz

Cc: James B. Farmer, AUSA
   Nancy Cheal
   Gerald Cheal