UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-10595-RWZ

NANCY J. CHEAL

v.

UNITED STATES OF AMERICA

ORDER

May 29, 2007

ZOBEL, D.J.

    Petitioner, on March 1, 2005, filed a motion to vacate her sentence and in the same document sought the appointment of counsel.  The court allowed the motion for counsel who was appointed on April 6, 2005.  On November 2, 2005, counsel moved to amend the petition.  The docket does not reflect service on the government of either the original or the amended motion.  The case was then dormant except for a sealed motion for ex parte relief filed on August 1, 2006, and on May 22, 2007, a letter from counsel inquiring about the status of the case.  That letter indicates that a copy thereof was sent to an Assistant United States Attorney but, according to the docket sheet, none of the pleadings have ever been served on the United States.

    Plaintiff shall forthwith make service of all papers on the United States which shall file a response within 20 days after service.

|    May 29, 2007    |    /s/Rya W. Zobel    |
|---|---|
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |

2

Case 1:05-cv-10595-RWZ    Document 8    Filed 05/29/2007    Page 2 of 2