AO 458 (Rev. 10/95) Appearance

# United States District Court

DISTRICT OF MASSACHUSETTS

## APPEARANCE

Nancy Cheal
v.
United States of America

CASE NUMBER: 05-CV-10595-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/12/2007 | /s/ Diane C. Freniere |
| Date | Signature |
| | AUSA DIANE C. FRENIERE |
| | Print Name / Bar Number |
| | 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston    MA    02210 |
| | City    State    Zip Code |
| | (617) 748-3155    (617) 748-3960 |
| | Phone Number    Fax Number |