UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY J. CHEAL
           Petitioner

    V.

UNITED STATES OF AMERICA
           Respondent

CIVIL ACTION

NO. 05CV10595-RWZ

ORDER OF DISMISSAL

ZOBEL, D. J.

    In accordance with the Court's Endorsed Order dated 8/21/07 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2255, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                    By the Court,

Date: 8/22/07                            s/ Lisa A. Urso
                                        Deputy Clerk